C/A NO: 1:21-cv-01549-JFA-SVH

Ledwick Jamons Hayes
Defense For Trial

1. I was charged with Attempted Murder, Felon in possession ~~of firearm or ammunition~~ during a violent felony. Possession of a firearm by felon in a violent crime. These three was state cases for General sessions due to my arrest March 26, 2018. I wasn't a pre-trial detainee at all, just had a Federal hold put on me April 10, 2018 for violation.

2. I was sent to Florence County Detention Center for a discipline reason and that's for fighting. ~~I became apart of that facility September 7, 2018.~~

3. Section III Prison Status is a lie due to General sessions charges and my state attorney Michael Kyle Hobbs.

4. To my Amended Complaint Captain Darren Yarbrough is coherent to North Carolina v. Alford, because of his same quotes: #13 to 33 Incorporated - to unite closely or so as to form one body or blend Verbatim - the same word for word. Then Facility - built (a hospital) or installed for a particular purpose. Issue - the action of going, coming, or flowing out.

RECEIVED USDC CLERK, COLUMBIA, SC  2021 AUG 23 PM 12:02

C/A NO: 1:21-cv-01549-JFA-SVH
Sedrick Jamon Hayes

5. September 7, 2018, I was booked in later that night by ~~Sgt. Karen Scott. I told her I was a~~ Moorish-American Moslem, my religion is of Moorish Science Temple of America 1928. I was a Muslim. Also my Islamic Diet is not to eat Pork, Beef, Turkey, Tomatoes and she said she don't know what none of that is. Right then that was discrimination on my religious belief cause I'm not Christian. She didn't whistle blow on Cpl. S. Eli for signing that Promissory Note (Not U.C.C).

6. All three of these Defendant's are a "person" under 1983 individually dealt with by mentally, physically, and spiritually discriminating on one's way of living or belief to elevate to connect to Allah (God). I'm not a Christian.

7. Corporal S. Eli discriminated on me about my religion and belief as a Moslem which is a Muslim. Told me to learn how to spell the word before I claim Muslim. Also, she signed a promissory note at the same time of disrespecting me and my Islamic Diet, way of living. Not a Christian at all. That Promissory Note was not U.C.C at all either.

C/A NO: 1:21-cv-01549-JFA-SVH

Deekich Jamon Hayes

8. I left Florence County Detention Center October ~~30, 2018 and returned to my County~~ Jail.

9. I went to General Session's Court July 21, 2021 and pled to Assault and Battery 1st Degree. Attempted Murder, Firearm by Felon and Possession by Felon in a Violent Crime were dismissed by the Attorney General's Office. Michael Kyle Hobbs was my Lawyer.

10. I went to my Supervise Release Violation Arraignment Pre-trial hearing July 22, 2021 in front of U.S. Magistrate Judge Kamani D. West and my lawyer was Kathy Elmore which is Federal. Now my Federal Lawyer is William F. Nettles, III.

11. If it pleases the court: The defendants should be punish for violating my rights as well as others that who believe in other religions or way of livings or different diets. Not forced to be a Christian. I would like for my rights of heart aches and pain and also suffering to be compensated for in- sulting my Islamic Diet, me as Moorish-American moslem under M.S.T. of A 1928, and my True

C/A No: 1:21-cv-01549-JFA-SVH
Sedrick Jamon Hayes

and Divine Creed of Islamism. Forty-Five Million ~~Dollars and Fifteen Million Dollars~~ for Florence County Detention Center Religious beliefs for different Religions and Cultures.

1. If it pleases the court of AIKEN. Your Honor can we all be sworn in under oath, even you sir.

2. If it pleases the court your honor, can The Letter of the Law be sworn in, The Color of the Law be sworn in, and The Spirit of the Law be sworn in with two more sir if it pleases the court. United States v. Bostic (1973 CA6 Tenn 480 F.2d 965) Elements of Criminal Conspiracy, Title 18 U.S.C 1001 False Statement. This is all your honor with respect.