AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Sedrick Jamon Hayes,<br>*Plaintiff*<br>v.<br>S. Eli *Corporal*; Karen Scott *Sargeant*; Darren Yarbrough *Captain also known as Darren Yarborough*,<br><br><br><br>*Defendants*. | Civil Action No.   1:21-cv-01549-JFA<br><br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Sedrick Jamon Hayes, shall take nothing of the defendants, S. Eli *Corporal*, Karen Scott *Sargeant* and Darren Yarbrough *Captain also known as Darren Yarborough*, and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   November 29, 2021

*ROBIN L. BLUME, CLERK OF COURT*


s/L. Baker
_____
*Signature of Clerk or Deputy Clerk*